

No. 14–0061/AR.  U.S. v. Gareth A. Drummond.  CCA 20110400.  Appellant's motion to file matters pursuant to *United States v. Grostefon,* 12 M.J. 431 (C.M.A. 1982), is granted.

Monday, November 25, 2013

No. 14–0199/AR.  U.S. v. Bryce M. Phillips.  CCA 20120585.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 12, 2013.